FILED

MAR 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

Mr. Cornelius Tucker Jr.
_____
Plaintiff/Petitioner

v.

U.S.A.; U.S. Army, Gen.
_____
Defendant/Respondent

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES

Case: 1:07-cv-00565
Assigned To : Unassigned
Assign. Date : 03/22/2007
Description: CORNELIUS TUCKER v. UNITED STATES OF AMERICA

EDNC
NUME.

_____
(leave this space blank)

I, Mr. Cornelius Tucker Jr. declare that I am the (check appropriate box)

X petitioner/plaintiff/movant     other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    (Yes)    No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Central Prison, 1300 Western Blvd Ral NC 27601

   Are you employed at the institution?         Yes    (No)
   Do you receive any payment from the institution?  Yes    (No)

   **Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.**

2. Are you currently employed?    Yes    (No)

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   Disabled ADA imprisoned 8 yrs

3. In the past 12 twelve months have you received any money from any of the following

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | Yes | (No) |
   | b. | Rent payments, interest or dividends | Yes | (No) |
   | c. | Pensions, annuities or life insurance payments | Yes | (No) |
   | d. | Disability or workers compensation payments | Yes | (No) |
   | e. | Gifts or inheritances | Yes | (No) |
   | f. | Any other sources | Yes | (No) |

If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings    Yes    (No)

   If "Yes," state the total    _____∅_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    Yes    (No)

   If "Yes," describe the property and state its value.

   ∅

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   ∅

**I declare under penalty of perjury that the above information is true and correct.**

_Feb. 1/2005_ _____   _Mr. Cornelius Tucker Jr, 0412703_____
         Date                                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

_See Attached ledger sheets_
_3 pages_

```
                    NORTH CAROLINA DEPARTMENT OF CORRECTION         01/01/07
IBSR140 (60)              TRUST FUND ACCOUNT STATEMENT              18:19:20
                       FACILITY: 3100  - CENTRAL PRISON             PAGE   13
                          FOR: 12/25/06 - 01/01/07

  ACCT. NAME: TUCKER, CORNELIUS                              ACCT#: 0412703
       BED: ABKL1006                                         TYPE: INMATE

       ENDING BALANCE 01/01/07   $      0.00  INCLUDES CANTEEN LIMIT OF $ 0.00

       BATCH                          REFERENCE
  DATE  NBR.        TYPE             NUMBER       FACL  +/-  AMOUNT      BALANCE
  ----  ----        ----             ------       ----  ---  ------      -------

                                          BEGINNING BALANCE     $         0.00
   DEBT     DEBT                                              AMOUNT OF   AMOUNT
   DATE     TIME   TYPE OF DEBT                                 DEBT    STILL OWED
  --------  -----  -----------------------------------------  ---------- ----------
  11/29/01  12:47  ADM FEE        -CASE#1/13/0108:221C03      $    10.00 $     6.00
  02/12/02  16:40  ADM FEE        -CASE#1/17/0210:001C02      $    10.00 $    10.00
  02/12/02  16:55  ADM FEE        -CASE#1/20/0210:001C02      $    10.00 $    10.00
  02/12/02  17:05  ADM FEE        -CASE#1/27/0223:101B06      $    10.00 $    10.00
  02/12/02  17:17  ADM FEE        -CASE#1/29/0210:001C02      $    10.00 $    10.00
  02/12/02  17:27  ADM FEE        -CASE#1/30/0210:001C02      $    10.00 $    10.00
  03/12/02  09:27  ADM FEE        -CASE#2/13/0210:301B14      $    10.00 $    10.00
  03/12/02  09:54  ADM FEE        -CASE#2/13/0214:151C02      $    10.00 $    10.00
  03/12/02  10:19  ADM FEE        -CASE#2/13/0220:151C10      $    10.00 $    10.00
  03/12/02  15:02  ADM FEE        -CASE#2/21/0213:351C02      $    10.00 $    10.00
  03/12/02  15:13  ADM FEE        -CASE#2/21/0213:381C02      $    10.00 $    10.00
  03/15/02  16:31  ADM FEE        -CASE#3/08/0209:301C03      $    10.00 $    10.00
  03/19/02  12:35  ADM FEE        -CASE#2/27/0221:102C99      $    10.00 $    10.00
  04/18/02  19:51  ADM FEE        -CASE#4/12/0214:151D16      $    10.00 $    10.00
  04/19/02  12:13  ADM FEE        -CASE#3/27/0212:001C02      $    10.00 $    10.00
  06/06/02  15:27  ADM FEE        -CASE#5/31/0209:001C02      $    10.00 $    10.00
  07/16/02  15:44  ADM FEE        -CASE#7/06/0213:001C03      $    10.00 $    10.00
  07/23/02  10:36  ADM FEE        -CASE#7/17/0208:401B10      $    10.00 $    10.00
  07/23/02  10:45  ADM FEE        -CASE#7/18/0209:001B99      $    10.00 $    10.00
  08/08/02  13:22  ADM FEE        -CASE#7/18/0209:101B14      $    10.00 $    10.00
  08/15/02  13:25  ADM FEE        -CASE#8/12/0213:301B10      $    10.00 $    10.00
  08/22/02  16:28  ADM FEE        -CASE#8/15/0213:001C02      $    10.00 $    10.00
  08/31/02  00:33  ADM FEE        -CASE#8/14/0213:151B10      $    10.00 $    10.00
  09/06/02  16:42  ADM FEE        -CASE#8/29/0211:501C11      $    10.00 $    10.00
  09/27/02  16:58  ADM FEE        -CASE#9/20/0209:001C02      $    10.00 $    10.00
  10/02/02  20:45  MEDICAL        -INMATE DECLARED EMER       $     5.00 $     1.00
  10/03/02  16:04  ADM FEE        -CASE#8/31/0207:002B10      $    10.00 $    10.00
  10/15/02  14:55  ADM FEE        -CASE#0/05/0214:301B10      $    10.00 $    10.00
  02/18/03  20:20  MEDICAL        -SICK CALL WITH NURSE       $     3.00 $     3.00
  03/19/03  08:30  MEDICAL        -SICK CALL WITH NURSE       $     3.00 $     3.00
  07/10/03  20:00  MEDICAL        -SICK CALL WITH NURSE       $     3.00 $     3.00
  08/31/03  20:00  ADM FEE        -CASE#8/04/0314:001C07      $    10.00 $    10.00
  08/31/03  20:12  ADM FEE        -CASE#8/04/0314:151C07      $    10.00 $    10.00
  08/31/03  20:24  ADM FEE        -CASE#8/04/0314:301C11      $    10.00 $    10.00
  08/31/03  20:32  ADM FEE        -CASE#8/04/0314:451C07      $    10.00 $    10.00
  08/31/03  20:40  ADM FEE        -CASE#8/04/0315:001C11      $    10.00 $    10.00
  09/23/03  20:00  MEDICAL        -SICK CALL WITH NURSE       $     3.00 $     3.00
  09/23/03  20:05  MEDICAL        -SICK CALL WITH NURSE       $     3.00 $     3.00
  09/29/03  08:30  MEDICAL        -SICK CALL WITH NURSE       $     3.00 $     3.00
  10/09/03  16:32  ADM FEE        -CASE#9/03/0309:401C10      $    10.00 $    10.00
  10/09/03  16:41  ADM FEE        -CASE#9/26/0314:301C02      $    10.00 $    10.00
  10/09/03  16:48  ADM FEE        -CASE#9/29/0313:001C02      $    10.00 $    10.00
```

```
                    NORTH CAROLINA DEPARTMENT OF CORRECTION         01/01/07
IBSR140 (60)              TRUST FUND ACCOUNT STATEMENT              18:19:20
                      FACILITY: 3100  - CENTRAL PRISON              PAGE   14
                          FOR: 12/25/06 - 01/01/07


  ACCT. NAME: TUCKER, CORNELIUS                              ACCT#: 0412703
         BED: ABKL1006                                       TYPE: INMATE
    DEBT      DEBT                                    AMOUNT OF      AMOUNT
    DATE      TIME  TYPE OF DEBT                        DEBT       STILL OWED
  --------   -----  -----------------------------    -----------  -----------
  12/05/03   16:32  ADM FEE     -CASE#1/06/0315:301B08    $    10.00 $    10.00
  12/18/03   13:50  MEDICAL     -SICK CALL WITH NURSE     $     3.00 $     3.00
  09/20/04   17:53  ADM FEE     -CASE#7/30/0415:301B10    $    10.00 $    10.00
  10/15/04   16:37  ADM FEE     -CASE#9/24/0411:202B10    $    10.00 $    10.00
  10/15/04   16:48  ADM FEE     -CASE#9/19/0421:201B10    $    10.00 $    10.00
  10/19/04   15:09  ADM FEE     -CASE#0/08/0418:451C03    $    10.00 $    10.00
  11/02/04   11:31  ADM FEE     -CASE#0/25/0413:001C02    $    10.00 $    10.00
  11/04/04   08:20  MEDICAL     -SICK CALL WITH NURSE     $     3.00 $     3.00
  12/01/04   14:00  DENTAL      -SICK CALL/DENTIST        $     3.00 $     3.00
  12/02/04   07:40  MEDICAL     -SICK CALL WITH NURSE     $     3.00 $     3.00
  12/21/04   11:32  ADM FEE     -CASE#1/19/0409:501C07    $    10.00 $    10.00
  12/21/04   11:33  ADM FEE     -CASE#1/19/0409:401C07    $    10.00 $    10.00
  12/21/04   11:33  ADM FEE     -CASE#1/19/0409:301C07    $    10.00 $    10.00
  12/21/04   11:36  ADM FEE     -CASE#1/19/0410:001C11    $    10.00 $    10.00
  01/11/05   14:55  ADM FEE     -CASE#2/23/0408:191B06    $    10.00 $    10.00
  01/14/05   10:00  MEDICAL     -SICK CALL WITH NURSE     $     3.00 $     3.00
  02/03/05   12:29  ADM FEE     -CASE#1/05/0514:301C02    $    10.00 $    10.00
  02/03/05   12:40  ADM FEE     -CASE#1/07/0510:001C11    $    10.00 $    10.00
  02/03/05   12:49  ADM FEE     -CASE#1/10/0515:171C07    $    10.00 $    10.00
  02/03/05   13:00  ADM FEE     -CASE#1/12/0516:001C02    $    10.00 $    10.00
  02/03/05   13:11  ADM FEE     -CASE#1/13/0516:001C02    $    10.00 $    10.00
  02/03/05   13:23  ADM FEE     -CASE#1/20/0506:001C07    $    10.00 $    10.00
  03/04/05   14:53  ADM FEE     -CASE#2/07/0513:301C02    $    10.00 $    10.00
  03/08/05   10:01  ADM FEE     -CASE#2/15/0522:451B03    $    10.00 $    10.00
  03/08/05   10:17  ADM FEE     -CASE#2/26/0523:511A13    $    10.00 $    10.00
  03/10/05   11:18  ADM FEE     -CASE#3/04/0521:001C03    $    10.00 $    10.00
  03/29/05   15:09  ADM FEE     -CASE#3/23/0518:351C10    $    10.00 $    10.00
  03/31/05   17:30  MEDICAL     -SICK CALL WITH NURSE     $     3.00 $     3.00
  04/29/05   10:58  ADM FEE     -CASE#3/28/0508:001C07    $    10.00 $    10.00
  04/29/05   11:08  ADM FEE     -CASE#3/28/0508:101C07    $    10.00 $    10.00
  04/29/05   11:22  ADM FEE     -CASE#3/28/0508:201C07    $    10.00 $    10.00
  09/22/05   08:25  MEDICAL     -SICK CALL WITH NURSE     $     5.00 $     5.00
  10/13/05   09:06  ADM FEE     -CASE#3/28/0508:401C07    $    10.00 $    10.00
  10/13/05   09:06  ADM FEE     -CASE#3/28/0508:501C07    $    10.00 $    10.00
  10/13/05   09:07  ADM FEE     -CASE#3/28/0508:301C07    $    10.00 $    10.00
  10/13/05   11:42  ADM FEE     -CASE#9/13/0509:001C11    $    10.00 $    10.00
  10/18/05   00:50  MEDICAL     -INMATE DECLARED EMER     $     7.00 $     7.00
  10/18/05   10:45  ADM FEE     -CASE#9/16/0512:001C07    $    10.00 $    10.00
  12/01/05   15:07  ADM FEE     -CASE#1/22/0510:301C11    $    10.00 $    10.00
  12/09/05   10:04  MEDICAL     -SICK CALL WITH NURSE     $     5.00 $     5.00
  12/16/05   08:59  ADM FEE     -CASE#2/06/0521:001B01    $    10.00 $    10.00
  01/19/06   10:17  ADM FEE     -CASE#1/08/0620:201B01    $    10.00 $    10.00
  01/19/06   10:26  ADM FEE     -CASE#1/11/0618:301C11    $    10.00 $    10.00
  01/19/06   10:35  ADM FEE     -CASE#1/09/0618:321C11    $    10.00 $    10.00
  01/27/06   12:22  ADM FEE     -CASE#2/20/0507:301B10    $    10.00 $    10.00
  01/27/06   12:31  ADM FEE     -CASE#1/20/0617:301C11    $    10.00 $    10.00
  01/27/06   12:44  ADM FEE     -CASE#1/19/0618:321C11    $    10.00 $    10.00
  01/27/06   12:49  ADM FEE     -CASE#1/19/0614:161C11    $    10.00 $    10.00
```

```
                    NORTH CAROLINA DEPARTMENT OF CORRECTION        01/01/07
IBSR140 (60)             TRUST FUND ACCOUNT STATEMENT              18:19:20
                       FACILITY: 3100  - CENTRAL PRISON            PAGE   15
                         FOR: 12/25/06 - 01/01/07

   ACCT. NAME: TUCKER, CORNELIUS                          ACCT#: 0412703
        BED: ABKL1006                                     TYPE: INMATE
   DEBT    DEBT                                         AMOUNT OF     AMOUNT
   DATE    TIME  TYPE OF DEBT                              DEBT     STILL OWED
   -------  -----  -----------------------------------   ----------  ----------
   01/27/06 12:54 ADM FEE     -CASE#1/21/0616:351C11    $    10.00 $    10.00
   02/09/06 11:25 ADM FEE     -CASE#1/19/0614:151C11    $    10.00 $    10.00
   03/17/06 08:15 MEDICAL     -SICK CALL WITH NURSE     $     5.00 $     5.00
   05/28/06 14:55 MEDICAL     -INMATE DECLARED EMER     $     7.00 $     7.00
   08/17/06 12:22 ADM FEE     -CASE#8/03/0612:051D16    $    10.00 $    10.00
   09/28/06 10:29 ADM FEE     -CASE#5/28/0613:401B01    $    10.00 $    10.00
   10/19/06 10:45 ADM FEE     -CASE#8/29/0613:001B08    $    10.00 $    10.00
   12/21/06 11:16 ADM FEE     -CASE#1/27/0610:001C07    $    10.00 $    10.00


THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 12/25/2006 AT 01:01:01 AND 01/01/2007 AT 18:19:20.

ENDING BALANCE IS THE BALANCE AS OF MONDAY,    JANUARY    1, 2007 AT 18:19:20.
```