UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| CORNELIUS TUCKER,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:07-cv-00565
Assigned To : Unassigned
Assign. Date : 03/22/2007
Description: CORNELIUS TUCKER v. UNITED STATES OF AMERICA

## TRANSFER ORDER

This matter comes before the Court on review of a *pro se* petition for writ of habeas corpus and a motion to proceed *in forma pauperis*. Petitioner is incarcerated at a prison in Raleigh, North Carolina. He is challenging his conviction from the United States District Court for the Eastern District of North Carolina.

Habeas corpus jurisdiction resides only in the district court where the prisoner is incarcerated *Rumsfeld v. Padilla*, 542 U.S. 426, 433 (2004). The warden where the petitioner resides is the custodian for purposes of habeas jurisdiction. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1238 (D.C. Cir. 2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). Accordingly, it is

**ORDERED** that the case is **TRANSFERRED** to the United States District Court for the Eastern District of North Carolina. Whether petitioner should be permitted to proceed *in forma pauperis* is a matter to be decided by the transferee court.

DATE: 3/8/07

_____
United States District Judge